O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY O. MENJIVAR,<br><br>            Petitioner,<br>   v.<br><br>B. M. CASH, Warden,<br><br>            Respondent. | Case No. CV 10-8049-DOC (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2    Report and Recommendation; and (2) directing that Judgment be entered denying the
3    Petition and dismissing this action with prejudice.

6    DATED: September 17, 2011

     HONORABLE DAVID O. CARTER
     United States District Judge

     Prepared by:

     HONORABLE OSWALD PARADA
     United States Magistrate Judge